DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DARRELL GRIMM** and **MONICA GRIMM,**
Appellants,

v.

**WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST VII-B,**
Appellee.

No. 4D2023-0092

[November 9, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Ruth Gundersen, Judge; L.T. Case No. CACE19-006083.

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale, for appellants.

Melisa Manganelli of Law Offices of Mandel, Manganelli & Leider, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and ARTAU, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***